IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

TOMMY JACKSON,                                                                    PLAINTIFF

V.                                                                           NO. 4:06CV82-D-A

CHRISTOPHER EPPS,                                                                DEFENDANT

## FINAL JUDGMENT

Upon consideration of the file and records in this action, the court finds that the Report and Recommendation of the United States Magistrate Judge dated February 2, 2007, was on that date duly served by mail upon the *pro se* Plaintiff's at his last known address; that more than ten days have elapsed since service of the Report and Recommendation; and that no objection to the Report and Recommendation has been served or filed by any party. The court is of the opinion that the Magistrate Judge's Report and Recommendation should be approved and adopted as the opinion of the court. Therefore, it is

**ORDERED:**

1) the Report and Recommendation of the United States Magistrate Judge dated February 2, 2007, is hereby approved and adopted as the opinion of the court;

2) Defendants Epps and Sparkman are DISMISSED from this matter; and

3) the claims against the remaining Defendants shall proceed.

THIS the 6th day of March, 2007.

/s/ Glen H. Davidson
Chief Judge